UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                Chapter 11

KOLLEL MATEH EFRAIM, LLC, a/k/a                  Case No. 04-16410 (SMB)
MATEH EPHRAIM LLC, a/k/a
KOLEL MATEH EFRAIM

                        Debtor.
----------------------------------------------------------x

## NOTICE OF APPEAL

        Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim ( the "Debtor"), appeals under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the order and judgment of Stuart M. Bernstein, United States Bankruptcy Judge, dated August 10, 2007 and entered August 10, 2007 in a contested matter in this bankruptcy case (ECF Docket No. 186).

        The names of all the parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Debtor/Appellant**

        The Debtor, Kollel Mateh Efraim, LLC, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim

        Represented by:

        Abraham Backenroth, Esq. (AB-1989)
        Scott Krinsky, Esq. (SK-2049)
        Backenroth, Frankel & Krinsky, LLP
        489 Fifth Avenue
        New York, New York 10017
        Tel: (212) 593-1100

**Appellee**

      Appellee, Helen May Holdings, LLC

      Represented by:

      David Carlebach, Esq. (DC-7350)
      40 Exchange Place
      New York, New York 10005
      Tel: (212) 785-3041


Dated: New York, New York
       August 20, 2007

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for Debtor/Appellant

            By:     <u>s/Scott Krinsky (SK-2049)</u>
                      489 Fifth Avenue
                      New York, New York 10017
                      Tel: (212) 593-1100