UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| In re | Chapter 11 |
|---|---|
| KOLLEL MATEH EFRAIM, LLC, a/k/a<br>MATEH EPHRAIM LLC, a/k/a<br>KOLEL MATEH EFRAIM | Case No. 04-16410 (SMB) |
|          Debtor. | |

--------------------------------------------------------x

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES FOR APPEAL**

        Kollel Mateh Efraim, a/k/a Mateh Ephraim LLC, a/k/a Kolel Mateh Efraim

("Debtor" or "Appellant"), pursuant to Federal Rule of Bankruptcy Procedure 8006, for its

designation of items to be included in the record and statement of the issues for appeal, states as

follows:

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

| Exhibit Number | ECF Docket Number | Description |
|---|---|---|
| 1 | 54 | Transcript of Hearing held on July 20, 2005 |
| 2 | 25 | Helen-May Holdings, LLC's ("HMH") Motion to Convert or Dismiss |
| 3 | 26 | Debtor's Objection to HMH's Motion to Convert or Dismiss |
| 4 | 27 | Debtor's Chapter 11 Plan of Reorganization |
| 5 | 28 | Debtor's Disclosure Statement |
| 6 | 29 | Debtor's Motion to Shorten Time and to Consolidate Confirmation Hearing with Disclosure Statement Hearing |
| 7 | 33 | HMH's Reply to Debtor's Objections to Motion to Convert or Dismiss |

| 8 | 34 | Affidavit of Gerald Orseck in further support of HMH's Motion to Convert or Dismiss |
| 9 | 35 | Scheduling Order |
| 10 | 36 | HMH's Objection to Debtor's Disclosure Statement |
| 11 | 45 | HMH's Motion for Relief from Stay and for Use and Occupancy |
| 12 | 50 | Debtor's Objection to Motion for Relief from Automatic Stay and Related Relief |
| 13 | 67 | Transcript of Hearing/Trial held on December 5, 2005 |
| 14 | 68 | HMH's Notice Of Settlement of Order re 12/5/05 Hearing |
| 15 | 69 | Order, signed 3/28/06 re 12/5/05 Hearing |
| 16 | 102 | HMH's Notice of Settlement of Order Granting Adequate Protection re 7/20/05 Hearing |
| 17 | 103 | HMH's Letter to Judge Bernstein re Notice of Settlement of Order Granting Adequate Protection re 7/20/05 Hearing |
| 18 | 104 | Debtor's Designation of Contents and all attachments, re Appeal from Court's Order Denying Motion to Enforce Terms of Settlement, signed March 6, 2007 |
| 19 | 107 | Debtor's Objection to HMH's Notice of Presentment of Proposed Order regarding Adequate Protection |
| 20 | 109 | HMH's Response to Debtor's Objection to HMH's Notice of Presentment of Proposed Order regarding Adequate Protection |
| 21 | 112 | HMH's Notice of Settlement of Order re Adequate Protection |
| 22 | 116 | Debtor's Objection to HMH's Notice of Presentment of Proposed Order regarding Adequate Protection |
| 23 | 118 | HMH's Response to Debtor's Objection to HMH's Notice of Presentment of Proposed Order regarding Adequate Protection |
| 24 | 119 | Order signed on 4/25/07 regarding Adequate Protection |
| 25 | 121 | Notice of Appeal from Court's Order regarding Adequate Protection, signed 4/25/07 |
| 26 | 123 | Stipulation extending Time of Debtor/Appellant to file Designation of Record to May 29, 2007 |
| 27 | 124 | So Ordered Stipulation and Order signed 5/14/07, extending Time of Debtor/Appellant to file Designation of Record to May 29, 2007 |

| 28 | 131 | Debtor's Designation of Contents and all attachments, re Appeal from Court's Order Awarding Adequate Protection |
| 29 | 134 | HMH's Notice of Presentment of Proposed Order and Judgment |
| 30 | 139 | Debtor's Objection to HMH's Notice of Settlement of Proposed Judgment and Order |
| 31 | 141 | HMH's Response to Debtor's Objection to HMH's Notice of Presentment of Proposed Order |
| 32 | 142 | Debtor's Response to HMH's Reply in further support of Notice of Settlement of Proposed Judgment and Order |
| 33 | 143 | HMH's Response to Debtor's Response re Notice of Settlement of Proposed Order and Judgment |
| 34 | 147 | HMH's Second Notice of Presentment and Proposed Order |
| 35 | 148 | HMH's Letter to Judge Bernstein regarding Notice of Presentment of Proposed Order and Judgment |
| 36 | 149 | HMH's Amended Letter to Judge Bernstein regarding Notice of Presentment of Proposed Order and Judgment |
| 37 | 150 | Debtor's Objection to HMH's Second Notice of Presentment of Proposed Order and Judgment |
| 38 | 153 | HMH's Response to Debtor's Objection to HMH's Notice of Proposed Order and Judgment |
| 39 | 154 | HMH's Amended Notice of Presentment and Proposed Order |
| 40 | 158 | Debtor's Response to HMH's Response in further support of Amended Notice of Presentment of Proposed Order and Judgment |
| 41 | 160 | Memorandum Endorsement and Order, signed 7/11/07 Rejecting Proposed Judgment |
| 42 | 165 | HMH's Motion to Reconsider |
| 43 | 169 | HMH's Letter to Judge Bernstein re Motion to Reconsdier |
| 44 | 170 | Debtor's Objection to HMH's Motion to Reconsider and enter Second Amended Proposed Judgment |
| 45 | 172 | HMH's Response to Debtor's Objection to HMH's Motion to Reconsider |
| 46 | 177 | HMH's Notice of Presentment |

| 47 | 179 | Debtor's Objection to HMH's Notice of Presentment of Proposed Order and Judgment |
|----|-----|-----|
| 48 | 181 | HMH's Response to Debtor's Objection ti HMH's Notice of Presentment of Proposed Order and Judgment |
| 49 | 184 | Debtor's Response to HMH's Reply in further support of Notice of Presentment of Proposed Judgment |
| 50 | 186 | Order and Judgment signed on 8/10/07 |
| 51 | 187 | HMH's Letter to Judge Bernstein responding to Debtor |
| 52 | 189 | Notice of Appeal from Court's Order and Judgment regarding Adequate Protection |

## **STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Bankruptcy Court erred in awarding HMH a judgment in the aggregate sum of $245,779.00 in retroactive adequate protection payments as of July 1, 2005, since HMH should bear the risk for the unauthorized conduct of its counsel, Gerald Orseck, in entering into the July 20, 2005 settlement on the record in open Court between HMH and the Debtor?

2. Whether the Bankruptcy Court erred in awarding HMH monthly adequate protection payments in the aggregate amount of $13,553.00, since the Court's finding was predicated exclusively on the surprise testimony of Gene Barbanti at the July 20, 2005 hearing which deprived the Debtor of its due process?

The Appellant reserves the right to modify, restate and/or supplement the foregoing designation of items and statement of issues to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: New York, New York
       August 30, 2007

                                         **BACKENROTH FRANKEL & KRINSKY LLP**

By: _/s/ Scott Krinsky_
       Scott Krinsky (SK-2049)
       489 Fifth Avenue, 28th Floor
       New York, New York 10017
       Tel: (212) 593-1100
       Fax: (212) 644-0544