UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                :
IN RE: KOLLEL MATEH EFRAIM, LLC     07 Civ. 8639 (WHP)
                                :
                                    ORDER
                                :
--------------------------------X

WILLIAM H. PAULEY III, District Judge:

        Counsel for Robert L. Geltzer, Chapter 7 Trustee of the Debtor/Appellant Kollel Mateh Efriam, LLC, having informed the Court by letter dated January 25, 2008 that it wishes to withdraw the appeal in this action, the action is dismissed, and the Clerk of Court is directed to mark this case closed.

Dated: January 30, 2008
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                    U.S.D.J.

*Copies mailed to:*

Chris M. LaRocco, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
*Counsel for Trustee*

Scott A. Krinsky, Esq.
Backenroth Frankel & Krinsky, LLP
489 Fifth Avenue
New York, NY 10017
*Counsel for Debtor/Appellant*

David Carlebach, Esq.
Law Offices of David Carlebach, Esq.
40 Exchange Place
New York, NY 10005
*Counsel for Appellee*